UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jason Lee,

    Petitioner,

v.

Warden, Noble Correctional Institution,

    Respondent.

Case No. 2:13–cv–761
Judge Michael H. Watson
Magistrate Judge Kemp

## OPINION AND ORDER

On May 15, 2014, the Magistrate Judge issued a Report and Recommendation recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied and that this action be dismissed. ECF No. 14. Although the parties were informed of the right to object to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

Accordingly, the Report and Recommendation, ECF No. 14, is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

**IT IS SO ORDERED.**

_/s/ Michael H. Watson_
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT